UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMJU International Tanker, § <br> Plaintiffs, § <br> § <br> v.  § <br> § <br> § <br> Empresa Maritime Amiercana § <br> Ltd., et al, § <br> Defendants. § | Civil Action No.: 4:09-3631 |

ORDER

Pending before the Court is Defendant's Response to the Order Authorizing Issuance of Process of Maritime Attachment and Garnishment (Inst. # 7). Having considered the motion, the argument of counsel and testimony in open court, the submissions and the applicable law, the Court determines that the response should be granted. Accordingly, the Court hereby

Orders that the Order Authorizing Issuance of Process of Maritime Attachment and Garnishment is hereby VACATED.

Signed at Houston, TX on the ___13___ day of November, 2009.

_____
DAVID HITTNER
United States District Judge